# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

MARJORIE O. RENDELL
CIRCUIT JUDGE

(215) 597-3015

21613 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1598

July 7, 2008

**VIA FAX AND FIRST CLASS MAIL**
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE:  Financial Disclosure Report
    Calendar Year 2007

Gentlemen:

   In response to your letter dated July 1, 2008, the following corrections should be made to my 2007 Financial Disclosure Report:

- Line 47, Westcore Growth: Insert **"none"** at column B(2)
- Line 91, "DFA Tax Mgd": Insert **"(Y)"** at column A

   I trust that this responds fully to your inquiry, but please feel free to contact me if you have further questions concerning this report.



MOR:bc

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

MARJORIE O. RENDELL
CIRCUIT JUDGE

(215) 597-3015
█████████████

21613 UNITED STATES COURTHOUSE
INDEPENDENCE MALL, WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1598

July 7, 2008

**VIA FAX AND FIRST CLASS MAIL**
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE: Financial Disclosure Report
Calendar Year 2007

Gentlemen:

In response to your letter dated July 1, 2008, the following corrections should be made to my 2007 Financial Disclosure Report:

- Line 47, Westcore Growth:  Insert **"none"** at column B(2)
- Line 91, "DFA Tax Mgd":  Insert **"(Y)"** at column A

I trust that this responds fully to your inquiry, but please feel free to contact me if you have further questions concerning this report.



MOR:bc

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Rendell, Marjorie O | 2. Court or Organization  USCA - 3CA - Philadelphia | 3. Date of Report  05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  U.S. Court of Appeals  601 Market Street, Room 21613  Philadelphia, PA 19106-1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Chair, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Board member | Penn Medicine |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 11:16 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2007 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2007 | City of Philadelphia - pension |
| 4. 2007 | University of Pennsylvania - Instructor |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges (NCBJ) | 10/10-10/13/07 | Orlando, FL | speaker | airfare, ground transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. honorary golf membership - See VIII | Torresdale-Frankford Country Club | $ 0.0 |
| 2. honorary golf membership - See VIII | West Shore Country Club | $ 0.0 |
| 3. honorary golf membership - See VIII | Blue Ridge Country Club | $ 0.0 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cape Savings Bank, Cape May, NJ | Construction/permanent loan on rental property | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | K | T | | | | | |
| 2. Federated 1-3 year US Gov't Sec. | C | Dividend | M | T | | | | | |
| 3. Adams Harkness Sm. Cap | A | Dividend | J | T | | | | | |
| 4. Brandywine | D | Dividend | L | T | | | | | |
| 5. DFA one year fixed | D | Dividend | N | T | | | | | |
| 6. DFA U.S. Micro Cap 9-10 Small (form. 9-10 Small) | B | Dividend | K | T | | | | | |
| 7. DFA US Large Cap Value | C | Dividend | L | T | PartSell | 08/02 | K | C | |
| 8. DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 9. DFA Intl Value | C | Dividend | L | T | Buy | 10/26 | J | | |
| 10. DFA US Small Cap Value | C | Dividend | K | T | | | | | |
| 11. Dodge & Cox stock | C | Dividend | K | T | PartSell | 04/26 | J | D | |
| 12. Fasciano | C | Dividend | K | T | PartSell | 04/26 | J | B | |
| 13. First Eagle Overseas | C | Dividend | K | T | Buy | 08/02 | K | | |
| 14. Hotchkis & Wiley Large Cap Value | C | Dividend | K | T | PartSell | 04/26 | K | D | |
| 15. Janus Fund | A | Dividend | L | T | | | | | |
| 16. Janus Overseas Fund | C | Dividend | L | T | PartSell | 11/p2 | J | C | |
| 17. Royce Opportunity | C | Dividend | K | T | Part-Sell | 10/26 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royce Value Plus | A | Dividend | K | T | | | | | |
| 19. Morgan Stanley Emerging Mkts. | B | Dividend | K | T | PartSell | 11/02 | K | D | |
| 20. Morgan Stanley Int's Equity | D | Dividend | L | T | | | | | |
| 21. William Blair Lg Cap Growth | A | Dividend | L | T | | | | | |
| 22. Hotchkis & Wiley Mid-Cap Value | D | Dividend | K | T | PartSell | 04/26 | K | D | |
| 23. Stoneridge Small Cap | A | Dividend | K | T | Part Sell | 02/02 | J | A | |
| 24. Third Avenue Intl Value | D | Dividend | L | T | | | | | |
| 25. Thornburg Intl Value | B | Dividend | J | T | | | | | |
| 26. Westcore Intl Frontier | B | Dividend | K | T | buy | 11/02 | J | | |
| 27. Julius Baer Int'l Equity | D | Dividend | K | T | | | | | |
| 28. Westcore Mid-Cap Oppty Fd | A | Dividend | L | T | | | | | |
| 29. Westcore MIDCO Growth | D | Dividend | L | T | | | | | |
| 30. Schwab Adv Cash Reserv Prem & Cash (form MM &cash) | A | Dividend | J | T | | | | | |
| 31. FirstEagle SoGen Global Class I (form. SoGen Int'l) | C | Dividend | K | T | | | | | |
| 32. William Blair Growth | A | Dividend | J | T | | | | | |
| 33. Thornberg Value Fund | B | Dividend | J | T | | | | | |
| 34. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA One Yr Fixed | A | Dividend | J | T | Buy | 04/26 | J | | |
| 36. DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 37. DFA Intl Value | A | Dividend | J | T | | | | | |
| 38. Hotchkis & Wiley Large Cap Value | B | Dividend | K | T | | | | | |
| 39. Federated 1-3 Yr. U.S. Gov't Sec. | B | Dividend | K | T | | | | | |
| 40. Julius Baer Int'l Equity Fund | B | Dividend | J | T | PartSell | 04/26 | J | C | |
| 41. Morgan Stanley Int'l Equity | B | Dividend | J | T | | | | | |
| 42. Neuberger Berman Fasciano Fund | A | Dividend | J | T | Buy | 08/02 | J | | |
| 43. Royce Opportunity Fund | A | Dividend | J | T | | | | | |
| 44. Third Ave Intl Value | B | Dividend | J | T | | | | | |
| 45. Turner Core Growth | A | Dividend | J | T | Buy | 11/07 | J | | |
| 46. Westcore Mid Cap Opportunity | A | Dividend | J | T | PartSell | 04/26 | J | B | |
| 47. Westcore Growth | | | | | Sale | 11/07 | K | D | |
| 48. Westcore Midco Growth | B | Dividend | J | T | | | | | |
| 49. Schwab Adv Cash Reserv Prem & Cash (form MM & Cash) | A | Dividend | J | T | | | | | |
| 50. Brandywine Fund | C | Dividend | K | T | | | | | |
| 51. Stoneridge Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox stock | B | Dividend | K | T | | | | | |
| 53. Morgan Stanley Int'l Equity | B | Dividend | J | T | | | | | |
| 54. Beckman Coulter | A | Dividend | K | T | | | | | |
| 55. Coca Cola | B | Dividend | K | T | | | | | |
| 56. Federal Nat'l Mortgage Assoc. | A | Dividend | K | T | Gift | 06/20 | K | | Gift |
| 57. General Electric - common stock | B | Dividend | L | T | | | | | |
| 58. McDonalds Corp. | A | Dividend | K | T | | | | | See note at VIII |
| 59. GlaxoSmithKline (form. SmithKlineBeecham) | B | Dividend | L | T | | | | | |
| 60. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 61. Baron Growth | B | Dividend | K | T | PartSell | 01/19 | J | C | |
| 62. Brandywine | D | Dividend | K | T | | | | | |
| 63. DFA Emerging Markets Core Equity | A | Dividend | L | T | PartSell | 11/02 | J | C | |
| 64. DFA Tax Managed Intl Value | C | Dividend | K | T | | | | | |
| 65. DFA Tax Mgd US Targeted Value (form. Small Cap Value) | B | Dividend | K | T | | | | | |
| 66. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | |
| 67. DFA US Micro Cap (form. 9-10 Micro | B | Dividend | K | T | Part Sell | 01/19 | J | C | |
| 68. Dodge & Cox Stock | C | Dividend | K | T | Part Sell | 01/19 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Eagle Overseas CL1 | C | Dividend | K | T | | | | | |
| 70. Hotchkis & Wiley Large Cap Value | B | Dividend | K | T | | | | | |
| 71. Hotchkis & Wiley Mid Cap Value | B | Dividend | K | T | Buy | 11/02 | K | | |
| 72. Janus Fund | A | Dividend | K | T | | | | | |
| 73. Janus Mid Cap Value | C | Dividend | K | T | Buy | 01/19 | J | | |
| 74. Janus Overseas Fund | C | Dividend | K | T | PartSell | 11/02 | J | D | |
| 75. Julius Baer Intl Equity | C | Dividend | K | T | | | | | |
| 76. Morgan Stanley Int'l Equity | D | Dividend | L | T | | | | | |
| 77. NB Fasciano Fund | A | Dividend | J | T | | | | | |
| 78. Royce Opportunity Fund | C | Dividend | K | T | PartSell | 01/19 | J | A | |
| 79. Schwab Money Market & Cash | A | Dividend | K | T | | | | | |
| 80. Sound Shore | C | Dividend | L | T | PartSell | 01/19 | K | D | |
| 81. Third Avenue Intl Value | D | Dividend | K | T | | | | | |
| 82. Turner Core Growth | A | Dividend | K | T | Buy | 11/07 | K | | |
| 83. Westcore Mid Cap Value | A | Dividend | K | T | Buy | 01/19 | K | | |
| 84. Westcore Midco Growth | A | Dividend | K | T | PartSell | 11/02 | J | B | |
| 85. Westcore Growth Fund | | None | | | Sold | 11/07 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Westcore Intl Frontier Fund | A | Dividend | K | T | Buy | 10/18 | J | | |
| 87. William Blair Large Cap Growth | A | Dividend | K | T | | | | | |
| 88. Federated Short Term Muni Bond Fund | C | Dividend | M | T | | | | | |
| 89. Shroder ST Muni Bond Fund | D | Dividend | M | T | | | | | |
| 90. DuPont - common stock (Y) | | | | | | | | | |
| 91. DFA Tax Mgd U.S. 5-10 Value | | | | | | | | | |
| 92. Dodge & Cox Stock (Y) | | | | | | | | | |
| 93. Janus Fund (Y) | | | | | | | | | |
| 94. Janus Overseas Fund (Y) | | | | | | | | | |
| 95. Fasciano (Y) | | | | | | | | | |
| 96. First Eagle SoGen Global Class I (form SoGen Int'l) (Y) | | | | | | | | | |
| 97. Sound Shore (Y) | | | | | | | | | |
| 98. Schwab Money Market Fund (Y) | | | | | | | | | |
| 99. Westcore Growth Fund (Y) | | | | | | | | | |
| 100. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | O | R | | | | | |
| 101. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie ● | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V. GIFTS

Honorary golf memberships with Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club: If I were to become a member of these clubs, I am certain that initial fees and ongoing fees would be several thousands of dollars; however, I use these memberships infrequently, and estimate the value to me, based on use, to be less than a thousand dollars.

Part VII. INVESTMENTS and TRUSTS

GIFTS - Item at line 56 was a contribution to the Rendell Charitable Gift Fund (managed by the Schwab Fund for Charitable Giving)

Item at line 58 (McDonald's). In the FY 2006 report (also at line 58), at D(1), the notation "Gift" (11/17/06) should have read "Partial Gift."

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544